**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NCR VOYIX CORPORATION,<br><br>*Plaintiff,*<br><br>v.<br><br>AT&T ENTERPRISES, LLC,<br>f/k/a AT&T CORP.,<br><br>*Defendant.* | Case No. ____<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR PRELIMINARY INJUNCTION IN AID OF ARBITRATION** |

 **PLEASE TAKE NOTICE** that upon the verified complaint, with an exhibit annexed thereto, and the accompanying memorandum of law, Plaintiff NCR Voyix ("NCR") hereby moves this Court under Rule 65(a) of the Federal Rules of Civil Procedure for a preliminary injunction in aid of arbitration requiring Defendant AT&T Enterprises, LLC, f/k/a AT&T Corp. to perform its obligations under the Separation and Distribution Agreement, dated February 1, 1996, and Amended and Restated as of March 29, 1996, by timely paying all due invoices through the pendency of the dispute resolution process, and an award of such other and further relief the Court deems just and proper.

1

January 30, 2026

Respectfully submitted,

*/s/ Yonatan Even*

**CRAVATH, SWAINE & MOORE LLP**
Yonatan Even
yeven@cravath.com
Vanessa A. Lavely
vlavely@cravath.com
Helam Gebremariam
hgebremariam@cravath.com
Katherine A. DuBois
kdubois@cravath.com

Two Manhattan West
375 Ninth Avenue
New York, New York 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

*Attorneys for Plaintiff*
*NCR VOYIX Corporation*

2