**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NCR VOYIX CORPORATION, | |
| *Plaintiff,* | Case No. 26-cv-00848 |
| v. | |
| AT&T ENTERPRISES, LLC, f/k/a AT&T CORP., | |
| *Defendant.* | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, who is a member in good standing of the bar of this Court, hereby appears as counsel for Plaintiff NCR Voyix Corporation, in the above captioned proceeding and in the above action.

Dated: January 30, 2026

Respectfully submitted,

*/s/ Vanessa A. Lavely*
Vanessa A. Lavely

**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 474-1000
vlavely@cravath.com

*Counsel for Plaintiff*
*NCR Voyix Corporation*