**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NCR VOYIX CORPORATION,<br><br>                                *Plaintiff,*<br><br>v.<br><br>AT&T ENTERPRISES, LLC,<br>f/k/a AT&T CORP.<br><br>                                *Defendant* | Case No. 26-cv-00848 |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned, who is a member in good standing of the bar of this Court, hereby appears as counsel for Plaintiff NCR Voyix Corporation, in the above captioned proceeding and in the above action.

Dated: January 30, 2026

                                        Respectfully submitted,

                                        */s/ Helam Gebremariam*
                                        Helam Gebremariam

                                        **CRAVATH, SWAINE & MOORE LLP**
                                        Two Manhattan West
                                        375 Ninth Avenue
                                        New York, New York 10001
                                        Telephone: (212) 474-1000
                                        hgebremariam@cravath.com

                                        *Counsel for Plaintiff*
                                        *NCR Voyix Corporation*