**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NCR VOYIX CORPORATION *Plaintiff*, v. AT&T ENTERPRISES, LLC, f/k/a AT&T CORP., *Defendant*. | Case No. 26-cv-00848 |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT
### OF PLAINTIFF NCR VOYIX CORPORATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiff NCR Voyix Corporation ("NCR") certifies that NCR Voyix Corporation, a publicly held corporation, has no parent corporation.  One publicly held corporation, BlackRock, Inc., owns more than ten percent of outstanding common stock in NCR.

For purposes of jurisdiction based on diversity of citizenship under 28 U.S.C. § 1332(a), Plaintiff NCR is a Maryland corporation with its principal office in Georgia.

DATED: January 30, 2026

Respectfully submitted,

By:    */s/ Yonatan Even*

**CRAVATH, SWAINE & MOORE LLP**
Yonatan Even
yeven@cravath.com
Vanessa A. Lavely
vlavely@cravath.com
Helam Gebremariam
hgebremariam@cravath.com
Katherine A. DuBois
kdubois@cravath.com

Two Manhattan West
375 Ninth Avenue
New York, New York 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

*Attorneys for Plaintiff*
*NCR VOYIX Corporation*