## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

### AFFIRMATION OF SERVICE

**\*37206\***

Index no : **1:26-CV-00848-DEH**

| | |
|---|---|
| Plaintiff(s): | **NCR VOYIX CORPORATION** |
| Defendant(s): | **AT&T ENTERPRISES, LLC F/K/A AT&T CORP.** |

**SARA BAER**, the undersigned, affirms that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **02/02/2026** at **4:16 PM**, I served the within **SUMMONS AND VERIFIEDCOMPLAINT; CIVIL COVER SHEET; MEMORANDUM OF LAW; INDIVIDUAL PRACTICES IN CIVIL CASES ROBERT W. LEHRBURGER UNITED STATES MAGISTRATE JUDGE,INDIVIDUAL RULES AND PRACTICES IN CIVIL CASES DALE E. HO UNITED STATES DISTRICT JUDGE; RULE 7.1 STATEMENT; NOTICE OF MOTION FOR PRELIMINARY INJUNCTION IN AID OF ARBITRATION** on **AT&T ENTERPRISES, LLC, F/K/A AT&T CORP.**, the **Defendant(s)**, at **C/O CT CORPORATION 28 LIBERTY ST 42ND FLOOR, New York, NY 10005**

By delivering to and leaving personally with **INGRID LOPEZ , INTAKE SPECIALIST** , a true copy of each thereof.

A description of the **Defendant(s)**, or other person served on behalf of the **Defendant(s)** is as follows:

| Perceived gender | Perceived race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | HISPANIC / LATINO | Brown | 40 | 5ft 06in | 160 lbs |
| Other Features: | | | | | |

I affirm this 3rd day of February, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.



X_____
SARA BAER
License#: 4819598
B & G Legal Support Services Inc
225 BROADWAY Suite 3430
New York, NY 10007
212.635.3555
DCA License#: 2110710

Notary Not Required Pursuant To N.Y. CPLR 2106