**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| NCR VOYIX CORPORATION, | |
| *Plaintiff,* | |
| v. | Case No. 26-CV-00848-DEH |
| AT&T ENTERPRISES, LLC, f/k/a AT&T CORP., | |
| *Defendant.* | |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT AT&T ENTERPRISES, LLC, f/k/a AT&T CORP.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant AT&T Enterprises, LLC, f/k/a AT&T Corp. ("AT&T") hereby states the following:

1.      AT&T Enterprises, LLC is a Delaware limited liability company, whose sole member is AT&T Wireline Holdings, LLC. AT&T Wireline Holdings, LLC is a Delaware limited liability company, whose sole member is AT&T DW Holdings, Inc. AT&T DW Holdings, Inc., a New York corporation, is a wholly owned subsidiary of BellSouth Mobile Data, Inc. BellSouth Mobile Data, Inc., a Georgia corporation, is a wholly owned subsidiary of AT&T Inc.

2.      All of the foregoing companies are direct or indirect subsidiaries of AT&T Inc. AT&T Inc., a Delaware corporation, is a publicly traded company on the New York Stock Exchange. None of the other foregoing companies are publicly traded. To the best of AT&T Inc.'s knowledge, there is no one person or group that owns 10% or more of the stock of AT&T Inc. AT&T Inc. has no parent corporation.

3.      For purposes of jurisdiction based on diversity of citizenship under 28 U.S.C. § 1332(a), AT&T is a Delaware corporation with its principal office in Texas.

Dated: February 17, 2026
New York, New York

Respectfully submitted,

*/s/ Sarah Gilbert*

Sarah Gilbert
Luke Taeschler
Emily Werkmann
**Crowell & Moring LLP**
Two Manhattan West
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 895-4226
sgilbert@crowell.com
ltaeschler@crowell.com
ewerkmann@crowell.com

*Attorneys for Defendant*
*AT&T Enterprises, LLC,*
*f/k/a AT&T Corp.*