**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NCR VOYIX CORPORATION,

     *Plaintiff*,

v.

AT&T ENTERPRISES, LLC,
f/k/a AT&T CORP.,

     *Defendant*.

Case No. 26-CV-00848-DEH

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendant AT&T Enterprises, LLC, f/k/a AT&T Corp., in the above-captioned action, and requests that all papers and notices of all proceedings in the above action be sent to the undersigned.

Dated: February 17, 2026
New York, New York

Respectfully submitted,

*/s/ Emily Werkmann*
Emily Werkmann

**CROWELL & MORING LLP**
Two Manhattan West
375 Ninth Avenue
New York, New York 10001
Telephone: (212) 803-4056
ewerkmann@crowell.com

*Counsel for Defendant*
*AT&T Enterprises, LLC,*
*f/k/a AT&T Corp.*