**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NCR VOYIX CORPORATION,

   *Plaintiff*,

v.

AT&T ENTERPRISES, LLC,
f/k/a AT&T CORP.,

   *Defendant*.

Case No. 26-CV-00848-DEH

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned, who is a member in good standing of the

bar of this Court, hereby appears as counsel for Defendant AT&T Enterprises, LLC, f/k/a AT&T

Corp., in the above-captioned action, and requests that all papers and notices of all proceedings

in the above action be sent to the undersigned.

Dated: February 17, 2026
New York, New York

        Respectfully submitted,

        */s/ Luke Taeschler*
        Luke Taeschler

        **CROWELL & MORING LLP**
        Two Manhattan West
        375 Ninth Avenue
        New York, New York 10001
        Telephone: (212) 803-4025
        ltaeschler@crowell.com

        *Counsel for Defendant*
        *AT&T Enterprises, LLC,*
        *f/k/a AT&T Corp.*