**Crowell**

Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
+1.212.223.4000  main
+1.212.223.4134  fax

**Sarah Gilbert**
sgilbert@crowell.com
(212) 895-4226  direct

February 17, 2026

**VIA ECF AND EMAIL**

Honorable Judge Dale E. Ho
United States District Judge
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 905
New York, NY 10007

Re: ***NCR Voyix Corporation v. AT&T Enterprises, LLC,* Case No. 26-cv-00848 (DEH)**

Dear Judge Ho:

We represent Defendant AT&T Enterprises, LLC ("AT&T") in the above-captioned action. We write with the consent of Plaintiff NCR Voyix Corporation ("NCR"), pursuant to Section 2(a) of Your Honor's Individual Rules, to request an order staying proceedings in the above-captioned action pending resolution of the claims in NCR's demand for arbitration.

As set out in the Joint Stipulation and Proposed Order filed herewith, the parties agree, other than with respect to briefing and resolution of the Motion, and any proceedings in connection therewith, that the above-captioned action and all deadlines, including but not limited to AT&T's deadline to respond to the Complaint, should be stayed pending resolution of the claims alleged in NCR's demand for arbitration.

Accordingly, the parties respectfully request the Court enter the Joint Stipulation and Proposed Order.  We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Sarah Gilbert*
Sarah Gilbert
Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, New York 10001
Telephone (212) 895-4226
sgilbert@crowell.com



Hon. Dale E. Ho
February 17, 2026
Page 2

*Counsel for Defendant AT&T Enterprises, LLC
f/k/a AT&T Corp.*

cc:    Counsel of Record (via ECF)