**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NCR VOYIX CORPORATION,

       *Plaintiff*,

v.

AT&T ENTERPRISES, LLC,
f/k/a AT&T CORP.,

       *Defendant*.

Case No. 26-CV-00848-DEH

**JOINT STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS**
**PENDING RESOLUTION OF CLAIMS IN PLAINTIFF NCR'S**
**DEMAND FOR ARBITRATION**

1.      WHEREAS, Plaintiff NCR Voyix Corporation ("NCR") initiated this action against AT&T Enterprises, LLC (f/k/a AT&T Corp.) ("AT&T) on January 30, 2026, by filing a Verified Complaint Seeking Preliminary Injunction in Aid of Arbitration ("Complaint"). (ECF No. 1.)

2.      WHEREAS NCR and AT&T agree that NCR's claims are subject to a valid arbitration agreement between the Parties.

3.      WHEREAS, on January 31, 2026, NCR filed a motion for a preliminary injunction in aid of arbitration.  (ECF No. 9.)

4.      WHEREAS, on February 13, 2026, NCR served a demand for arbitration on AT&T that alleges claims arising out of or relating to the same set of facts alleged in the Complaint.

5.      IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that, other than with respect to briefing and resolution of NCR's motion for a preliminary injunction in aid of arbitration, and any proceedings in connection therewith, this action and all deadlines, including but not limited to AT&T's deadline to respond to the Complaint, will be stayed pending resolution of the claims alleged by NCR in NCR's demand for

arbitration.

By: */s/ Yonatan Even*                                    By: */s/ Sarah Gilbert*

**CRAVATH, SWAINE & MOORE LLP**          **CROWELL & MORING LLP**
Yonatan Even                                             Sarah Gilbert
Vanessa A. Lavely                                        Luke Taeschler
Helam Gebremariam                                        Emily Werkmann
Katherine A. DuBois                                      Two Manhattan West
Two Manhattan West                                       375 Ninth Avenue
375 Ninth Avenue                                         New York, NY 10001
New York, NY 10001                                       Tel: (212) 895-4226
Tel: (212) 474-1000                                      sgilbert@crowell.com
yeven@cravath.com                                        ltaeschler@crowell.com
vlavely@cravath.com                                      ewerkmann@crowell.com
hgebremariam@cravath.com
kdubois@cravath.com

*Attorneys for Plaintiff NCR Voyix Corporation*          *Attorneys for Defendant AT&T Enterprises, LLC*

**SO ORDERED.**

———————————————————

**United States District Judge Dale Ho**

2