

**Sarah Gilbert**
sgilbert@crowell.com
(212) 895-4226  direct

Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
+1.212.223.4000  main
+1.212.223.4134  fax

February 17, 2026

**VIA ECF AND EMAIL**

Honorable Judge Dale E. Ho
United States District Judge
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 905
New York, NY 10007

> Re: ***NCR Voyix Corporation v. AT&T Enterprises, LLC,*** **Case No. 26-cv-00848 (DEH)**

Dear Judge Ho:

We represent Defendant AT&T Enterprises, LLC ("AT&T") in the above-captioned action. We write pursuant to Rule 6(d) of Your Honor's Individual Rules and Practices to request leave to file certain exhibits under seal, to be filed contemporaneously with AT&T's Opposition to Plaintiff NCR Voyix Corporation's ("NCR") Motion for Preliminary Injunction, filed on January 31, 2026 (ECF No. 9).

AT&T seeks leave to file certain of these documents under seal at NCR's request. We met and conferred with NCR's counsel on February 12, 2026, and via email thereafter, seeking NCR's position on filing certain Cravath, Swaine & Moore LLP ("Cravath") invoices that are the subject of the parties' dispute, and the parties' related correspondence, under seal. NCR requested AT&T file the following documents under seal with redactions due to the information discussed therein:

(1) Invoice No. 163813, issued by Cravath to NCR, dated October 15, 2015, which was provided to AT&T in connection with costs incurred for Kalamazoo Invoice No. 1 (Exhibit 7 to the Gilbert Declaration);
(2) Invoice No. 165734, issued by Cravath to NCR, dated May 20, 2016, which was provided to AT&T in connection with costs incurred for Kalamazoo Invoice No. 1 (Exhibit 8 to the Gilbert Declaration); and
(3) An email chain between the parties, dated from February 13, 2025 through March 18, 2025 (Exhibit 23 to the Gilbert Declaration).

AT&T notified NCR that, pursuant to Rule 6(d)(i), NCR must file a letter explaining the need to seal these documents within three (3) business days of the filing of this letter. Redacted information in Exhibit 23 is found in AT&T's Memorandum of Law in Support of its Opposition to NCR's Motion for Preliminary Injunction, so AT&T also requests filing its brief under seal in order to redact this information.

**Crowell**

Hon. Dale E. Ho
February 17, 2026
Page 2

AT&T also requests to file Exhibit 5 to the Gilbert Declaration under seal, which is a letter from Kirsten Nathanson, AT&T's outside counsel, to Christopher Murphy, NCR's in-house counsel, dated July 23, 2025. We request filing Exhibit 5 under seal to redact information concerning a third party that was provided to AT&T pursuant to confidentiality agreements.

Accordingly, AT&T respectfully requests leave to file the above-listed documents under seal. In accordance with Your Honor's Individual Rules and Practices, AT&T will file redacted copies of these documents on the above-captioned docket via ECF and will provide unredacted copies of those documents to the Court and counsel for NCR via email. We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Sarah Gilbert*
Sarah Gilbert
Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, New York 10001
Telephone (212) 895-4226
sgilbert@crowell.com

*Counsel for Defendant AT&T Enterprises, LLC
f/k/a AT&T Corp.*

cc:     Counsel of Record (via ECF)