UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**NCR VOYIX CORPORATION**

_____

Write the first and last name of each plaintiff.

-against-

**AT&T ENTERPRISES, LLC f/k/a/**

**AT&T Corp.,**

_____

_____

Write the first and last name of each defendant.

Case No. __26__ CV __00848-DEH__

**CERTIFICATE OF SERVICE**

I, __Emily Werkmann__ ,

affirm that the foregoing documents have been personally served on

__Katherine DuBois__ via email at kdubois@cravath.com or mailed to the last

known address of __375 Ninth Ave. New York, NY 10001__ _____ ,

at __Cravath, Swaine & Moore LLP__ _____.

__2/17/2026__

Executed on (date)

Emily Werkmann

Name

__375 Ninth Ave.__

Address

212.803.4056

Telephone Number (if available)

/s/ Emily Werkmann

Signature

Prison Identification # (if incarcerated)

New York     NY     10001

City          State     Zip Code

ewerkmann@crowell.com

E-mail Address (if available)

Rev. 5/21/25