# CRAVATH

Yonatan Even
yeven@cravath.com
T+1-212-474-1958
New York

February 20, 2026

**Re:     *NCR Voyix Corporation v. AT&T Enterprises, LLC, f/k/a AT&T Corp., No. 1:26-cv-00848***

Your Honor:

Pursuant to Rule 6 of Your Honor's Individual Rules and Practices, Plaintiff in the above-captioned matter, NCR Voyix Corporation ("NCR"),  respectfully requests leave to file in redacted form Exhibit 23 and Exhibits 7-8 to AT&T Enterprises, LLC's ("AT&T") Opposition to NCR's Motion for a Preliminary Injunction.  These Exhibits consist of:  (i) email correspondence between counsel for AT&T and NCR disclosing sensitive, non-public financial information concerning NCR's Kalamazoo River remediation expenses; and (ii) copies of certain of Cravath, Swaine & Moore LLP's ("Cravath") invoices for legal fees and expenses incurred in connection with Cravath's representation of NCR in litigations concerning the Kalamazoo River.  Consistent with Your Honor's Individual Rule 6, the exhibits have been filed with proposed redactions on ECF and electronically related to this letter-motion, and unredacted copies of these exhibits have been filed under seal on ECF with proposed redactions highlighted.

The parties have met on February 12, 2026, and have conferred in good faith regarding the Exhibits and the bases for their redaction.  AT&T does not oppose NCR's proposed redactions.

**<u>Opposition Exhibit 23</u>**.  The redactions applied to Exhibit 23 are necessary to protect NCR's sensitive, non-public financial information.  Courts in this District "routinely permit parties to seal or redact commercially sensitive information in order to protect confidential business and financial information."  *In re B & C KB Holding GmbH*, No. 22-mc-180 (LAK) (VF), 2023 WL 2021299, at *1 (S.D.N.Y. Feb. 14, 2023) (permitting redaction of, *inter alia*, "sensitive, non-public financial and business information" of the parties).  Here, Exhibit 23 contains private email correspondence disclosing non-public estimates of NCR's Kalamazoo River remediation expenses over the next ten years.  NCR originally prepared these estimates for internal use, and then shared these estimates in response to a request by AT&T, in order to assist AT&T in planning for its future indemnification obligations.  But, as NCR noted in its email, these were

**NEW YORK**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
T+1-212-474-1000
F+1-212-474-3700

**LONDON**
100 Cheapside
London, EC2V 6DT
T+44-20-7453-1000
F+44-20-7860-1150

**WASHINGTON, D.C.**
1601 K Street NW
Washington, D.C. 20006
T+1-202-869-7700
F+1-202-869-7600

CRAVATH, SWAINE & MOORE LLP

not formal, finalized, or necessarily even accurate cost projections.  NCR intended them to remain confidential.

**Opposition Exhibits 7-8**.  The redactions applied to Exhibits 7-8 are necessary to protect from disclosure Cravath's bank account information.  Courts in this District routinely permit redactions to banking information.  *See Signify Holding B.V. v. Fohse Inc.*, 1:23-cv-9649-GHW, 2024 WL 2030251, at *1 (S.D.N.Y. Apr. 9, 2024) (granting request to redact bank account information and observing that "privacy concerns legitimately counsel against disclosure of the parties' banking information"); *Mark v. Gawker Media LLC*, 1:13-cv-4347 (AJN), 2015 WL 7288641, at *1 (S.D.N.Y. Nov. 16, 2015) (granting request to redact bank account information and noting "[t]he Federal Rules of Civil Procedure recognize the importance of maintaining confidentiality with respect to certain financial information" such as financial account numbers).

For the reasons discussed above, NCR respectfully requests that the Court grant its letter-motion and permit Opposition Exhibit 23 and Exhibits 7-8 to be filed with the proposed redactions.

Respectfully yours,

   */s/ Yonatan Even*
Yonatan Even

Honorable Dale E. Ho
   United Stated District Court for the Southern District of New York
     Thurgood Marshall United States Courthouse
      40 Foley Square
       New York, NY 10007

cc: All counsel of record

(VIA ECF)