# CRAVATH

Yonatan Even
yeven@cravath.com
T+1-212-474-1958
New York

April 29, 2026

Re:  *NCR Voyix Corporation v. AT&T Enterprises, LLC, f/k/a AT&T Corp., Case No. 26-cv-00848*

Dear Judge Ho:

I write on behalf of NCR to address certain mischaracterizations in AT&T's April 28, 2026 response (the "Response") to NCR's April 24, 2026 letter (the "Letter").

First, NCR has not "move[d] the goal posts." (Resp. 1.)  Its position has been consistent:  AT&T's unjustified refusal to pay the Kzoo Remediation Invoices has *already* placed untenable financial strain on NCR, creating a *near-term risk* that NCR will be unable to refinance its outstanding debt (among other concerns).  Indeed, AT&T acknowledges that NCR's Letter "repeats the same financial injury [as the Motion], just updated to current conditions." (*Id.* at 2.)  Exactly the point.

Second, NCR did not "conce[de]" it "will not suffer imminent irreparable injury." (*Id.* at 1.)  AT&T apparently is suggesting that NCR is not entitled to injunctive relief because irreparable harm has not *yet* occurred.  That obviously misses the point—NCR seeks injunctive relief to *prevent* future irreparable harm from occurring.  Similarly, NCR's citation to S&P Global's recent report does not "defeat" NCR's irreparable harm arguments (*id.*); it bolsters them.  AT&T's nonpayment has impeded NCR's ability to deleverage, ratings agencies are taking note.  That NCR has *thus far* been able to maintain its "junk" credit rating will be of little help as it accesses capital markets.

Third, the availability of emergency relief through CPR is not a basis to deny such relief here.  (*Id.* at 3.)  NCR is not required to first seek from CPR relief that this Court has jurisdiction to award.

NCR has demonstrated a material risk of irreparable harm, and AT&T still has not shown a lawful reason to withhold payment or any harm to AT&T from making payment.

Respectfully submitted,

*/s/ Yonatan Even*
Yonatan Even

**NEW YORK**            **LONDON**            **WASHINGTON, D.C.**            CRAVATH, SWAINE & MOORE LLP

Two Manhattan West      100 Cheapside          1601 K Street NW
375 Ninth Avenue        London, EC2V 6DT       Washington, D.C. 20006
New York, NY 10001      T+44-20-7453-1000      T+1-202-869-7700
T+1-212-474-1000        F+44-20-7860-1150      F+1-202-869-7600
F+1-212-474-3700

The Honorable Dale E. Ho
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

cc: All counsel of record

(VIA ECF)