MEMO ENDORSED

# CRAVATH

Yonatan Even
yeven@cravath.com
T+1-212-474-1958
New York

April 29, 2026

**Re:  *NCR Voyix Corporation v. AT&T Enterprises, LLC, f/k/a AT&T Corp.*, Case No. 26-cv-00848**

Dear Judge Ho:

I write on behalf of NCR to address certain mischaracterizations in AT&T's April 28, 2026 response (the "Response") to NCR's April 24, 2026 letter (the "Letter").

First, NCR has not "move[d] the goal posts." (Resp. 1.)  Its position has been consistent: AT&T's unjustified refusal to pay the Kzoo Remediation Invoices has *already* placed untenable financial strain on NCR, creating a *near-term risk* that NCR will be unable to refinance its outstanding debt (among other concerns).  Indeed, AT&T acknowledges that NCR's Letter "repeats the same financial injury [as the Motion], just updated to current conditions." (*Id.* at 2.)  Exactly the point.

Second, NCR did not "conce[de]" it "will not suffer imminent irreparable injury." (*Id.* at 1.)  AT&T apparently is suggesting that NCR is not entitled to injunctive relief because irreparable harm has not *yet* occurred.  That obviously misses the point—NCR seeks injunctive relief to *prevent* future irreparable harm from occurring.  Similarly, NCR's citation to S&P Global's recent report does not "defeat" NCR's irreparable harm arguments (*id.*); it bolsters them.  AT&T's nonpayment has impeded NCR's ability to deleverage, ratings agencies are taking note.  That NCR has *thus far* been able to maintain its "junk" credit rating will be of little help as it accesses capital markets.

Third, the availability of emergency relief through CPR is not a basis to deny such relief here. (*Id.* at 3.)  NCR is not required to first seek from CPR relief that this Court has jurisdiction to award.

NCR has demonstrated a material risk of irreparable harm, and AT&T still has not shown a lawful reason to withhold payment or any harm to AT&T from making payment.

Respectfully submitted,

*/s/ Yonatan Even*
Yonatan Even

NEW YORK
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
T+1-212-474-1000
F+1-212-474-3700

LONDON
100 Cheapside
London, EC2V 6DT
T+44-20-7453-1000
F+44-20-7860-1150

WASHINGTON, D.C.
1601 K Street NW
Washington, D.C. 20006
T+1-202-869-7700
F+1-202-869-7600

CRAVATH, SWAINE & MOORE LLP

The Honorable Dale E. Ho
    United States District Court for the Southern District of New York
        Thurgood Marshall United States Courthouse
            40 Foley Square
                New York, NY 10007

cc: All counsel of record

(VIA ECF)

The Court did not authorize the filing of Reply letters in connection with this matter, which will not be permitted without leave of Court.   The Court construes this letter as a request for leave to file a Reply letter, which is **DENIED**.

The Court will hold a conference on May 7, 2026 at 4:00 p.m. ET.  The parties should join the conference by dialing (646) 453-453-4442 and entering the conference ID: 669 791 870, followed by the pound sign (#).

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: April 30, 2026
New York, New York

2