UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NCR VOYIX CORP.,

                           Plaintiff,

              v.

AT&T ENTERPRISES LLC,

                           Defendant.

26-CV-848 (DEH)

ORDER

DALE E. HO, United States District Judge:

As stated on the record at today's hearing, the Motions to Seal are **GRANTED** in full. The Motion for a Preliminary Injunction is **DENIED**.  The Clerk of Court is respectfully directed to terminate ECF Nos. 9, 23, and 31.

On or before July 7, 2026, and every 60 days thereafter, the parties are directed to file a status letter regarding the status of arbitration.  The parties shall also file a status letter within seven days of the completion of arbitration informing the Court of the outcome, and proposing next steps, if any, in this litigation.

SO ORDERED.

Dated: May 7, 2026
       New York, New York

_____
            DALE E. HO
     United States District Judge